JAMES BRACKENRIDGE *versus* JOHN ALLEN, ANN ISABEL-LA ALLEN, SAMUEL CAMP, DAN-IEL BROWN, AND ANSON BROWN.

JOURNAL ENTRIES (1830): *Journal 4:* (1) Motion to take bill as confessed *p. 358; (2) bill taken as confessed, referred to master *p. 359; (3) motion to confirm master's report *p. 377; (4) master's report confirmed *p. 379; (5) decree *p. 381.

PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) writ of subpoena and return; (4) motion to take bill as confessed; (5) final decree signed by all of the judges; (6) deed of mort-gage—John Allen and Ann I. Allen to James Brackenridge.

*Chancery Case* 123 of 1829.

JOHN MANUEL *versus* JOHN REED, ET AL. . . . .

JOURNAL ENTRIES (1830): *Journal 4:* (1) Solici-tor's name stricken *p. 360.

PAPERS IN FILE: [None]

*Chancery Case* . . . . of . . . .